UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:25-CR-538 MAL |
| | ) | |
| JOHNIKA DAVIS, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Motion to Continue Trial Date (Doc. [76]).  Trial in this matter is currently set for June 8, 2026.  Counsel states additional time is needed to finalize the documents needed to enroll Defendant in a pretrial diversion program. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [76]-1).

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [76]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **July 6, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between June 8, 2026, and July 6, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 29th day of May, 2026.

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE